IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| U.S.A., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | |
| $43,133.00 (FORTY-THREE THOUSAND | § | CIVIL ACTION NO. L-08-97 |
| ONE HUNDRED THIRTY-THREE | § | |
| DOLLARS) UNITED STATES CURRENCY | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT OF FORFEITURE

For reasons detailed in a Memorandum of even date, the Court has granted Plaintiff United States of America's motion for default judgment. (Dkt. 18.) It is ORDERED that:

1) A Judgment is hereby entered in this case in favor of Plaintiff United States of America against all potential claimants to Defendant currency, forty-three thousand one hundred thirty-three dollars ($43,133.00) of United States currency ("the $43,133.00");

2) The interests of all persons in the $43,133.00 are forfeited to the United States; and

3) By reason of this Judgment, the United States has sole ownership of and clear title to the $43,133.00.

The United States is ORDERED to dispose of the $43,133.00 according to law.

DONE at Laredo, TX, this 3rd day of February, 2010.

_____
George P. Kazen
Senior United States District Judge